ENTER
JSG

Konrad K. Gatien (Bar No. 221770)
kgatien@kmwlaw.com
Anthony M. Keats (Bar No. 123672)
akeats@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
MAD DOGG ATHLETICS, INC.

FILED
CLERK, U.S. DISTRICT COURT
JUN 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

MAD DOGG ATHLETICS, INC., a California corporation,

Plaintiff,

v.

KHS, INC., a California corporation; WEN CHENG HSIEH, an individual; and DOES 1-10,

Defendants.

Case No. CV 07-6086 R (JWJx)

**FINAL JUDGMENT UPON CONSENT WITH RESPECT TO DEFENDANTS KHS, INC. AND WEN CHENG HSIEH PURSUANT TO FED.R.CIV.P. 55(a).**

Plaintiff MAD DOGG ATHLETICS, INC. ("Mad Dogg" or "Plaintiff"), having filed a Complaint in this action charging defendants KHS, INC. and WEN CHENG HSIEH (collectively, "Defendants") with federal trademark infringement under 15 U.S.C § 1114; federal unfair competition and false designation of origin under 15 U.S.C. § 1125(a); federal trademark dilution under 15 U.S.C. § 1125(c); California state statutory unfair competition and trademark infringement under Cal. Bus. & Prof. Code §§ 17200 et seq. and § 14335; California state common law unfair competition

and trademark infringement; and constructive trust under Cal. Civ. Code § 2224, and the parties desiring to settle the controversy between them, it is

**ORDERED, ADJUDGED and DECREED** as between the parties hereto that:

1. This Court has jurisdiction over this matter pursuant to 15 U.S.C §§ 1116(a) and 1121; 28 U.S.C. § 1331 and §§ 1338(a) and (b); and 28 U.S.C. § 1367. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

2. Mad Dogg was founded in 1994 and is a leader in the United States and worldwide of indoor cycling instruction and the sale of stationary exercise bicycles (the "SPINNER Bikes"), which are branded under Mad Dogg's federally registered SPINNER® trademark (Reg. No. 1972363) (the "SPINNER Trademark").

3. Defendants acknowledge and agree that Mad Dogg has valid, protectable and enforceable rights in and to the SPINNER Trademark and Mad Dogg's federally registered trademarks for SPIN (Reg. No. 2173202) and SPINNING (Reg. Nos. 1780650 and 2003922) for stationary exercise bicycles and physical fitness instruction (hereinafter referred to collectively as the "Spin Family of Marks").

4. Mad Dogg's Spin Family of Marks are in full force and effect and have become incontestable pursuant to 15 U.S.C. § 1065.

5. Without admitting liability therefor, Defendants admit that they have advertised, distributed, offered for sale and sold stationary exercise bicycles branded with the mark "SPNERGY" (the "SPNERGY Bikes").

6. Defendants and their affiliates, agents, servants, employees, representatives, successors, assigns, and any person or entity acting under Defendants' direction or control, or in active concert or participation with Defendants, are hereby immediately and permanently enjoined from:

    a. directly or indirectly infringing the Spin Family of Marks in any manner, including generally, but not limited to, manufacturing, importing, distributing, advertising, offering for sale and/or selling any merchandise or engaging

in any services by using any terms, trademarks or other designations of origin that reproduce, or utilize the likenesses of or which copy or are confusingly similar to the Spin Family of Marks;

  b. engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, and/or members of the public to believe that the actions of Defendant, the products sold by Defendants or Defendants themselves are connected with Mad Dogg, are sponsored, approved, or licensed by Mad Dogg, or are in some way connected or affiliated with Mad Dogg;

  c. affixing, applying, annexing or using in connection with the manufacture, importation, distribution, advertising, offer for sale and/or sale, or other use of any goods or services, any false description or representation, including words or other symbols, tending to falsely describe or represent such goods or services as being those of Mad Dogg; and

  d. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (c) above.

 7. Defendants shall not directly or indirectly challenge, oppose, interfere with or otherwise seek cancellation of any of Mad Dogg's trademarks including, specifically, the Spin Family of Marks and/or any trademark application or registration existing or pending before the United States Patent and Trademark Office or elsewhere.

 8. This judgment disposes of all claims and counterclaims alleged in or arising out of this action and terminates this action, subject to the Court's continuing jurisdiction to enforce and oversee the requirements contained in this judgment.

 9. This judgment shall be binding upon, and inure to the benefit of, the parties' respective successors and assigns.

10. Each party shall bear its own costs and attorneys' fees.

11. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of the settlement agreement entered into between the parties relating to this action, this judgment, the enforcement thereof and the punishment of any violations thereof.

12. This judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

13. The Court expressly determines that there is no just reason for delay in entering this judgment, and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court directs entry of judgment against Defendant.

IT IS SO ORDERED:

Dated: June 18, 2008

_____
Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED:

Dated: 6/16, 2008

KEATS MCFARLAND & WILSON LLP

_____
Konrad K. Gatien
Attorneys for Plaintiff
Mad Dogg Athletics, Inc.

Dated: 6/13, 2008

SPIERER, WOODWARD, CORBALIS & GOLDBERG

_____
Steven F. Spierer
Attorneys for Defendants
KHS, Inc. and Wen Cheng Hsieh

-4-

FINAL JUDGMENT UPON CONSENT

# Notices

2:07-cv-06086-R-JWJ Mad Dogg Athletics, Inc. v. KHS, Inc. et al
(JWJx), AO120, DISCOVERY

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Gatien, Konrad on 6/17/2008 at 11:46 AM PDT and filed on 6/17/2008
**Case Name:**         Mad Dogg Athletics, Inc. v. KHS, Inc. et al
**Case Number:**       2:07-cv-6086
**Filer:**             Mad Dogg Athletics, Inc.
**Document Number:** 24

**Docket Text:**
NOTICE OF LODGING filed *re Final Judgment Upon Consent with Respect to Defendants KHS, Inc. and Wen Cheng Hsieh Pursuant to FRCP 55(a)* re Complaint - (Discovery)[1] (Attachments: # (1) Proposed Order Final Judgment Upon Consent re Defendants KHS, Inc. and Wen Cheng Hsieh) (Gatien, Konrad)


**2:07-cv-6086 Notice has been electronically mailed to:**

Konrad Karl Gatien     kgatien@kmwlaw.com

Anthony M Keats        akeats@kmwlaw.com

Steven F Spierer       steven.spierer@practicallawyer.com

**2:07-cv-6086 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\IP\10433\00007 - KHS\USDC\Pleadings\Final Judgment E-Filing\07-6086-Consent Judgment-Notice of Lodging.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/17/2008] [FileNumber=6025582-0]
[02f8f282ab13ac7df96533dc979fe02440189584b84bdef56397084098dde2b7e6eb
8eba8a9d6bf41e28e0ff28139a80653868e15558867b8e83087ea374eee0]]
**Document description:** Proposed Order Final Judgment Upon Consent re Defendants KHS, Inc. and Wen Cheng Hsieh
**Original filename:** I:\IP\10433\00007 - KHS\USDC\Pleadings\Final Judgment E-Filing\07-6086-Consent Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/17/2008] [FileNumber=6025582-1]
[06bcdac9668bf9e1d883d8c691fb8c9b7273b654c8c280ef12b9138432eefbf0db70
1d1152f75fb6f25e8b588c486588d8f8578ca02ea8ce327c6f29b8ced9f8]]